IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-00149 |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| SAMUEL LAVON GIDDENS | ) | |

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

AUG 07 2024

DEPUTY CLERK

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about February 22, 2023, in the Middle District of Tennessee, the defendant, **SAMUEL LAVON GIDDENS**, knowingly possessed with intent to distribute and distributed 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about March 15, 2023, in the Middle District of Tennessee, the defendant, **SAMUEL LAVON GIDDENS**, knowingly possessed with intent to distribute and distributed 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREPERSON

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

*Rachel M. Stephens*
_____
RACHEL M. STEPHENS
ASSISTANT UNITED STATES ATTORNEY