UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-cr-000149 |
| | ) | |
| | ) | JUDGE FRENSLEY |
| SAMUEL LAVON GIDDENS | ) | |

**UNITED STATES' MOTION FOR DETENTION HEARING
AND FOR DETENTION OF THE DEFENDANT**

COMES NOW the United States of America by Henry C. Leventis, United States Attorney, and Rachel M. Stephens, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law states that "the judicial officer *shall* hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves…an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act…." 18 U.S.C. § 3142(f)(1)(C) (emphasis added). The government further submits that a rebuttable presumption exists that no condition or combination of conditions will reasonably assure the appearance of the person or the safety of the community because probable cause exists that the defendant committed an offense for which the maximum penalty is more than ten years pursuant to the Controlled Substances Act and an offense under section 924(c) of Title 18. 18 U.S.C. § 3142(e)(3)(A).

The United States submits that at a hearing in this matter, it would establish that the defendant, while on probation for another drug felony offense, sold substantial quantities of

methamphetamine. He further communicated to an individual that, while on the way to sell methamphetamine, he was "dirty guns and everything."

Further, on July 4, 2024, the defendant was involved in a home invasion robbery of two individuals. This crime took place just over one month after the defendant was placed on probation in 2023-B-669 for drug and firearms convictions.

The United States submits that the evidence is strong and the likelihood of conviction is high. Based on these aforementioned facts that the United States intends to show at the hearing in this matter, the United States respectfully submits that "no condition or combination of conditions will reasonably assure the appearance of the person and the safety of any other person and the community." 18 U.S.C. § 3142(e)(1).

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

                                            Respectfully submitted,

                                            HENRY C. LEVENTIS
                                            United States Attorney

By:

                                            */s/ Rachel M. Stephens*
                                            RACHEL M. STEPHENS
                                            Assistant United States Attorney
                                            719 Church Street, Suite 3300
                                            Nashville, Tennessee 37203
                                            Phone: (615) 401-6655
                                            Rachel.stephens2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify the foregoing was filed with the United States District Court Clerk via CM/ECF, on the 9th day of September, 2024. A copy of the motion will be provided to counsel for the defendant via email.

*/s/ Rachel M. Stephens*
RACHEL M. STEPHENS